

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Main Street-Santa Ana, LLC,  　　　　* From the 385th District
　　　　　　　　　　　　　　　　　　　　 Court of Midland County,
　　　　　　　　　　　　　　　　　　　　 Trial Court No. CV46637.

Vs. No. 11-13-00068-CV  　　　　　　　* February 12, 2015

Mount Vernon Fire  　　　　　　　　　* Per Curiam Memorandum Opinion
Insurance Company,  　　　　　　　　　 (Panel consists of: Wright, C.J.,
　　　　　　　　　　　　　　　　　　　　 Willson, J., and Bailey, J.)

　　　This court has considered Main Street-Santa Ana, LLC's agreed motion to dismiss its appeal with prejudice and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.